UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYLER TRUONG | CIVIL ACTION |
| VERSUS | NO. 23-136 |
| MAGNOLIA FLEET, LLC | SECTION: "P" (3) |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice (R. Doc. 40),

**IT IS ORDERED** that the motion (R. Doc. 40) is **GRANTED** and that all of the claims by Plaintiff, Tyler Truong, against Defendant, Magnolia Fleet, LLC, are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

New Orleans, Louisiana, this 1st day of October 2024.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**